MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN BATTERY TECHNOLOGY COMPANY, INC., a Nevada corporation,<br><br>Plaintiff,<br>vs.<br><br>STEVEN HART, an individual, aka STEPHEN HART; and TYSADCO PARTNERS LLC, a Delaware limited liability company,<br>Defendants. | Case Number: 3:26-cv-00710-ART-CLB<br><br>**<u>ORDER GRANTING</u>**<br><br>**STIPULATION REGARDING WAIVER OF SERVICE AND TO EXTEND TIME TO FILE A RESPONSE TO THE COMPLAINT**<br><br>**(First Request)** |

Plaintiff American Battery Technology Company ("ABTC"), by and through its counsel of record, Fennemore Craig, P.C., and Defendants Steven Hart aka Stephen Hart ("Hart"), and Tysadco Partners LLC ("Tysadco") (collectively "Defendants") by and through their counsel of record, Marquis Aurbach, pursuant to Fed. R. Civ. P. 6(b)(1), LR IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree as follows:

1. On September 17, 2026, ABTC filed its Complaint against Defendants. ECF No. 1. Summonses were subsequently issued for Tysadco (ECF No. 6) and Hart (ECF No. 7).

2. On or about October 5, 2026, ABTC served a copy of the Complaint and Summons for Tysadco, thus, Tysadco's deadline to respond to the Complaint was October 26, 2026.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3. To date, Hart has not been personally served with a copy of the Complaint and Summons. On October 20, 2026, counsel for ABTC sent Hart a request to waive service of the summons, together with a copy of the Complaint. Through this Stipulation, Hart waives service of the summons and agrees to save the expense of serving a summons and the Complaint in this action. Hart retains all defenses and objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but waives any objections to the absence of a summons or of service. *See* Fed. R. Civ. P. 4(d).

4. Because the waiver request was sent on October 20, 2026, Hart's current deadline to file and serve an answer or a motion under Rule 12 is **December 21, 2026**, sixty (60) days from the date the request was sent. *See* Fed. R. Civ. P. 4(d)(3), 6(a)(1)(C), 12(a)(1)(A)(ii).

5. The Parties hereby stipulate and agree that the time for Defendants to respond to the Complaint shall be jointly extended up to and including **January 4, 2027**.

6. The extension is necessary as Defendants' counsel is scheduled to be on paternity leave in November through December, and will need additional time to formulate a response to the Complaint.

7. This is the first request to extend Defendants' deadline to respond to the Complaint, and no previous extensions of this deadline have been sought or granted. Hart's deadline has not expired.

8. Because Tysadco's deadline expired on October 26, 2026, Tysadco must show excusable neglect. Fed. R. Civ. P. 6(b)(1)(B); LR IA 6-1(a). Each relevant factor supports a finding of excusable neglect. *See Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993); *Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1223–24 (9th Cir. 2000).

9. First, ABTC will suffer no prejudice, as ABTC stipulates to the extension and no default has been requested or entered. Second, the delay is minimal, as this stipulation is filed one day after the deadline, and the extended deadline aligns Tysadco's response with

Hart's so that both Defendants respond together, which will not affect any other deadline in this action. Third, the delay resulted from ongoing discussions between the parties regarding a waiver of service for Hart and an alignment of Defendants' responsive deadlines. Fourth, Tysadco has acted in good faith, promptly seeking this extension as soon as those discussions concluded.

10. This stipulated request is brought in good faith and not for the purposes of undue delay.

IT IS SO STIPULATED.

Dated this 28th day of October 2026

**MARQUIS AURBACH**

By: */s/ Alexander Calaway*
Alexander K. Calaway, Esq.
Nevada Bar No. 15188
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Steven Hart aka Stephen Hart and Tysadco Partners LLC*

Dated this 28th day of October 2026

**FENNEMORE CRAIG, P.C.**

By: */s/ Austin Slaughter*
Courtney Miller-O'Mara
Nevada Bar No. 10683
Austin W. Slaughter, Esq.
Nevada Bar No. 15645
7800 Rancharrah Parkway
Reno, Nevada 89511
*Attorneys for American Battery Technology Company, Inc.*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: October 28, 2026

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816